# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

RESIDENCE LOCATED ON TRIBAL ROAD 7037 (35.072211, -107.118898) ON THE TO'HAJIILEE CHAPTER OF THE NAVAJO NATION FOR TRAVIS BEGAYE, JR.

)
)
)  Case No. MR 25-1186
)
)
)

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

located in the District of New Mexico, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☐ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(x)(1) - Unlawful sale or transfer of a handgun and handgun ammunition to a juvenile. 18 U.S.C. § 924(a)(6)(B)(ii) – Unlawful sale or transfer of a handgun and handgun ammunition to a juvenile. | |

The application is based on these facts:

See attached Affidavit, submitted by SA Barragan and approved by AUSA Zachary Jones.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
Barragan, Adam Kyle, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

Telephonically sworn and electronically signed    *(specify reliable electronic means)*.

Date: July 16, 2025

*Judge's signature*

City and state:    Albuquerque, New Mexico        Honorable Kirtan Khalsa, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>RESIDENCE LOCATED ON TRIBAL ROAD 7037 (35.072211, -107.118898) ON THE TO'HAJIILEE CHAPTER OF THE NAVAJO NATION FOR TRAVIS BEGAYE, JR. | Case No.<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER
RULE 41 FOR A WARRANT TO SEARCH AND SEIZE**

1. I, Adam Kyle Barragan, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby depose and state as follows:

**INTRODUCTION & AGENT BACKGROUND**

2. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search a premises located on Tribal Road 7037 (GPS Coordinates 35.072211, -107.118898) on the To'Hajiilee Chapter of the Navajo Nation (hereinafter referred to as the "Subject Premises"). A more detailed description of the Subject Premises is contained within Attachment A.

3. This affidavit is submitted in support of a warrant to search the Subject Premises for Travis BEGAYE, Jr., who is currently wanted by the FBI. On February 11, 2025, an arrest warrant for BEGAYE, Jr. was issued following his indictment for a violation of 18 U.S.C. §§ 922(x)(1) and 924(a)(6)(B)(ii) – Unlawful sale or transfer of a handgun and handgun ammunition to a juvenile, Case No. 25-CR-241 DHU.

4. I am a Special Agent with the Federal Bureau of Investigation and have been since December 2022. As such, I am a law-enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for criminal offenses, to include those enumerated in 18 U.S.C. § 2516.

5. I am assigned to the FBI's Albuquerque Field Office and currently assigned to the FBI's Violent Crime Task Force, a joint federal and local task force investigating violations of federal law involving violent criminal offenses committed in the Albuquerque area, as well as Indian-Country offenses like homicide, assault, and sexual assault. I have received training in interviewing and interrogation techniques, arrest procedures, search and seizure, search-warrant applications, conducting physical surveillance, consensual monitoring, and electronic and physical surveillance procedures at the FBI Academy in Quantico, Virginia. I have received on-the-job training from other agents in the investigation of federal offenses, to include interference with federally protected activities and using and carrying a firearm during and in relation to crimes of violence. My investigative training and experience includes interviewing subjects, victims, and witnesses, and collecting evidence.

6. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant. It does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

7. On August 7, 2023, 15-year-old Justen P. (a juvenile) shot and killed 16-year-old John Doe (a juvenile) on the Jicarilla Apache Reservation in Dulce, New Mexico. The United States charged Justen P. by information with second-degree murder under the Juvenile Delinquency Act. (Case no. 23-cr-1299 DHU).

8. Immediately after John Doe's murder, Justen P. claimed he was hiking with his older adult brother, Travis BEGAYE, Jr. Police interviewed BEGAYE, Jr. during this murder investigation; BEGAYE, Jr. denied a hike occurred and denied being involved with Doe's killing. The United States, however, uncovered witnesses and electronic messages that placed BEGAYE, Jr. at the scene of Doe's murder on August 7, 2023.

9. The United States presently alleges BEGAYE, Jr., provided his younger brother, Justen P., with the handgun Justen P. used to kill John Doe on August 7, 2023. On

February 11, 2025, the United States indicted BEGAYE, Jr. for this criminal conduct. This Indictment (for one violation of 18 U.S.C. §§ 922(x)(1) and 924(a)(6)(B)(ii) – Unlawful sale or transfer of a handgun and handgun ammunition to a juvenile) resulted in the issuance of an arrest warrant for BEGAYE, Jr. (Case No. 25-CR-241 DHU).

10.     FBI agents have diligently worked to arrest BEGAYE, Jr. since this Court issued its arrest warrant. For instance, the assigned FBI case agent has reviewed Justen P.'s jail calls to determine whether Justen P. spoke to BEGAYE, Jr. or discussed BEGAYE, Jr.'s physical location with another party. All such efforts to locate BEGAYE, Jr. have thus far been unsuccessful. Based on Justen P.'s jail calls, it appears BEGAYE, Jr. is aware of his wanted status and has contemplated surrendering to police.

11.     On June 24, 2025, Affiant received information about BEGAYE, Jr. from FBI Special Agent Lorraine Hardy in the Farmington Resident Agency. SA Hardy is the case agent assigned to this case. SA Hardy said she was attempting to locate a fugitive (BEGAYE, Jr.) who was involved in the aforementioned murder investigation. SA Hardy explained BEGAYE, Jr. was a wanted fugitive. She also gave a possible address at which BEGAYE, Jr. could be located—199 Tribal Road N. Unit 737, Canoncito, NM 87026. Based on my research, I know Canoncito to be a small community located near To'Hajiilee, west of Albuquerque.



*Google Maps image of To'Hajiilee, Canoncito, and Albuquerque.*

12.     I then contacted a Navajo Nation Criminal Investigator (NNCI) for assistance locating BEGAYE, Jr. This NNCI thereafter acquired information that BEGAYE, Jr. was residing at a residence on the To'Hajiilee Chapter of the Navajo Nation. I was advised BEGAYE, Jr. was living with his paternal grandmother and aunt. The location of this residence was identified by the NNCI on Google Maps, as shown below (GPS 35.072211, -107.118898; the "Subject Premises"). The NNCI was initially given this location by a confidential source.



13.     The Subject Premises was described as being off Tribal Road 7037. This residence did not have a house number on Google Maps. The house to the immediate left of the residence was listed as "266"'; the house to the right was listed as "196." House 199 was located to the north of Tribal Road 7037 and is identified on the below image. Based upon this, I did not believe that 199 Tribal Road meant House 199.



14.     A database search for BEGAYE, Jr. gave the same address provided by SA Hardy—199 Tribal Road N. Unit 737, Canoncito, NM 87026. A Google Maps search of this address did not come back to any residence, which gave me reason to believe the address as written is incorrect or intentionally vague. The same database search for BEGAYE, Jr.'s aunt (A.P., YOB 1992), gave an address of 199 Tribal Road 7037, To'Hajiilee, NM 87026.

15.     Based on my experience, I know addresses listed on tribal land can be inaccurate and can vary based on the formatting of the written address. Based on the similarities of the addresses and the relationship explained by the NNCI, I believe the address listed for BEGAYE, Jr., the address listed for A.P., and the Subject Premises are all meant to be one in the same. I believe House 199 (pictured above) is not associated with this investigation.

16. A confidential FBI source (the same source contacted by the NNCI, referenced above) was contacted for assistance in this investigation.[1] I believe this source to be truthful and have no reason to dispute the accuracy of the information it has provided to me. The source was introduced to the FBI by the NNCI involved in this investigation. The NNCI advised she has worked with and has received information from this source for approximately five years. The source has never provided bad information to the NNCI. I have full and complete confidence in the NNCI; therefore, based on the NNCI's positive affirmation of the source, I believe the source is credible and I have no reason to doubt its veracity.

17. The source confirmed BEGAYE, Jr.'s paternal grandmother, his aunt (A.P.), and two female cousins live at the Subject Premises. The source confirmed the relationship was by blood. The source knows of this familial relation through her own family's knowledge of the community. The source's mother knew of the relationships, but only knew BEGAYE, Jr. by his first name.

18. In June 2025, purely by coincidence, this source was at the Subject Premises, the house indicated above, south of Tribal Road 7037 (GPS 35.072211, -107.118898). It identified a male living with A.P. After this first identification of that male, the source was shown a photo of BEGAYE, Jr.; the source recalled the male at the Subject Premises and was able to confirm the male it saw matched BEGAYE, Jr.'s picture. The source stated it believed BEGAYE, Jr. was living at the Subject Premises.

19. During the FBI source's first sighting of BEGAYE, Jr., the source knew of the Subject Premises and knew who lived there, based on her community knowledge. The source was not given an address directing her to a particular residence. The source has known the occupants of the Subject Premises through family and knows those occupants have lived at

---

[1] The exact dates, names, and description of the interactions are intentionally left out of the affidavit to protect the identity of the source.

that residence for about five to six years. When they moved back to the reservation about five to six years ago, the FBI source was at a family gathering, at which the grandmother and the grandmother's sister were present. The grandmother's sister told the FBI source directly that the grandmother moved into the building next to the church (Subject Premises).

20. During the FBI source's initial interaction with BEGAYE, Jr. at the Subject Premises, BEGAYE, Jr. was in regular clothing and appeared to come from a living-room area of the residence. There were no additional vehicles parked outside (other than the vehicle used by A.P. and the grandmother). The source indicated BEGAYE, Jr.'s demeanor appeared as if he was residing at the home, not visiting the home.

21. The confidential FBI source returned to the Subject Premises within the last seven days. It confirmed BEGAYE, Jr. by sight and by first name ("Travis"). During this second visit, BEGAYE Jr. answered the door wearing what appeared to be pajama pants and a T-shirt. He had a crossword or wordsearch book in his hands and stated that the grandmother was sleeping. Again, there were no additional vehicles around the house, aside from the vehicle used by A.P. and the grandmother.

22. Based on the two occasions BEGAYE, Jr. was recently seen at the Subject Premises, his demeanor while at the home, the lack of additional vehicles, and the family relationships, it appears BEGAYE, Jr. is living at the Subject Premises.

23. The location of the residence where BEGAYE, Jr. was located was also verified by the source via Google Maps. The source confirmed it to be the Subject Premises (GPS 35.072211, -107.118898), south of Tribal Road 7037. It was identified as a building next to a newer church. The building was initially constructed as a support building for the church (like a kitchen) but was instead used to house BEGAYE, Jr.'s grandmother. It is a gray stucco house, single story, with a wooden screen door. A gray SUV is usually parked in front of the Subject Premises. The source does not believe BEGAYE, Jr. is employed.

24. Due to the rural and isolated nature of the Subject Premises it is impractical to conduct surveillance on the location. Based on my experience, people who live in similar areas know the people and vehicles that live in the vicinity and are alert to any abnormalities. This suspicion was confirmed by the FBI source. Based on this I do not have direct visual confirmation that BEGAYE, Jr. lives or is at the Subject Premises nor do I have a photo of the location.

25. Based on the information provided by the FBI case agent it is reasonable to believe that BEGAYE Jr. knows of his wanted status, is in hiding from law enforcement, and would likely not register or declare his actual current residence. Based on the totality of the circumstance I believe BEGAYE Jr. is currently living at the Subject Premises.

## CONCLUSION

26. Based on the aforementioned information and investigation, I submit that probable cause exists to search the Subject Premises, described in Attachment A, for FBI fugitive Travis BEGAYE, Jr. I am requesting this warrant to aid in the apprehension of BEGAYE, Jr.

27. I swear this information is true and correct to the best of my knowledge.

28. This affidavit was reviewed by Assistant United States Attorney Zachary Jones on July 16, 2025.

Respectfully submitted,

Barragan, Adam Kyle (AQ) (FBI)
Special Agent
Federal Bureau of Investigation

Electronically submitted and telephonically sworn to before me on July 16, 2025:

_____
HONORABLE KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF NEW MEXICO

# ATTACHMENT A

The Subject Premises is located on Tribal Road 7037 (GPS 35.072211, -107.118898) on the To'Hajiilee Chapter of the Navajo Nation. The Subject Premises is described as a single-story stucco house with a wooden screen door.

The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles parked at or in front of the Subject Premises[2] that could hide the person of BEGAYE.

---

[2] Only vehicles parked at or in front of the Subject Premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

## ATTACHMENT B

PROPERTY TO BE SEIZED BY THE GOVERNMENT

**Person to be seized**: Travis BEGAYE, Jr. (YOB 2004) who has been identified as living at the Subject Premises located on Tribal Road 7037 (GPS 35.072211, -107.118898) on the To'Hajiilee Chapter of the Navajo Nation. BEGAYE, Jr. is depicted in the photograph below:



(U) Source: NM MVD